UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DR. ELLIOTT MCGUCKEN, an individual,

              Plaintiff,

        v.

ERA FRANCHISE SYSTEMS, LLC, *et al.*,

              Defendant.
-----------------------------------------------------------------x

Civil Action No. 1:26-cv-00476

**DEFENDANT ERA FRANCHISE SYSTEMS, LLC'S NOTICE OF MOTION IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND LACK OF VENUE**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 12(b)(2) and (3), Defendant ERA Franchise Systems, LLC ("ERA ") respectfully moves this Court before the Honorable Jennifer H. Rearden, United States District Judge, 500 Pearl Street, New York, New York, for an order dismissing the Complaint without leave to amend and for any further relief the Court deems just and proper. In support of its motion, ERA relies upon the accompanying Memorandum of Law, Declaration of Alex Vidal, Declaration of Naomi Jane Gray, Request for Judicial Notice, and the pleadings and papers on file in this action, and any arguments of counsel that may be made at any hearing on this matter.

              Respectfully submitted,

              */s/Naomi Jane Gray*
              Naomi Jane Gray
              Shades of Gray Law, P.C.
              100 Shoreline Highway, Suite 386B
              Mill Valley, CA 94941
              Tel: (415) 746-9260
              Email: ngray@shadesofgray.law

              Attorneys for Defendant
              ERA Franchise Systems, LLC