UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DR. ELLIOTT MCGUCKEN, an individual,

                Plaintiff,

        v.

 ERA FRANCHISE SYSTEMS, LLC, *et al.*,

                Defendant.

-----------------------------------------------------------------x

Civil Action No. 1:26-cv-00476

**DECLARATION OF NAOMI JANE GRAY IN SUPPORT OF DEFENDANT ERA FRANCHISE SYSTEMS, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE AND REQUEST FOR JUDICIAL NOTICE**

I, Naomi Jane Gray, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the principal of Shades of Gray Law, P.C., attorneys for Defendant ERA Franchise Systems, LLC ("ERA") in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I submit this Declaration in support of ERA's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue and Request for Judicial Notice.

2. Annexed hereto as Exhibit A is a true and correct copy of a screen shot I created on April 4, 2026 from the URL https://www.emcgucken.com/Grand-Tetons-National-Park.

3. Annexed hereto as Exhibit B is a true and correct copy of a screen shot I created on April 4, 2026 from the URL https://www.emcgucken.com/Grand-Tetons-National-Park/i-wq2mz6x/A.

4. On information and belief, the URLs identified in Paragraphs 2 and 3 above point to a website owned and controlled by Plaintiff McGucken.

5. On April 5, 2026, I performed a search within Google Maps for "Grand Teton National Park." Annexed hereto as Exhibit C is a true and correct copy of a screen shot I created showing the results of that search.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on April 13, 2026 in Mill Valley, California.

*/s/ Naomi Jane Gray*
Naomi Jane Gray

# EXHIBIT A



## Grand Tetons National Park

Grand Tetons National Park

BUY PHOTOS



Dr. Elliot McGucken has received well over two hundred honors, accolades, and awards for his fine art photography including first place finishes in the international Nature's Best Photography Awards and the highest Gold Award  in The Epson International Panorama Contest. His art has been celebrated in books published by *Natural Landscape Photographer Awards* and *The International Landscape Photographer of the Year*. His photography has been featured in publications including *The Smithsonian Magazine*, *National Geographic Learning*, Rizzoli Press's book *LA on Instagram*, *Forbes*, *Petapixel*, *The Grand Canyon Conservancy's Canyon Views*, *Joshua Tree National Park Association Key's Views* (where his work graced the cover), *Nikon Photo Magazine* (where his work graced with the cover), and many other fine publications. His work has been celebrated by numerous National Parks and Public Lands foundations and organizations where the beauty of his fine art landscape photography encourages and furthers the conservation and preservation of our natural treasures.

# EXHIBIT B



Grand Tetons National Park Autumn Colors Oxbow Bend

Grand Tetons National Park Autumn Colors Oxbow Bend: Elliot McGucken Fuji GFX100 Fine Art Landscape Nature Photorgaphy

# EXHIBIT C

