UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DR. ELLIOTT MCGUCKEN, an individual,

        Plaintiff,

        v.

ERA FRANCHISE SYSTEMS, LLC, *et al.*,

        Defendant.

------------------------------------------------------------------x

Civil Action No. 1:26-cv-00476

**DEFENDANT ERA FRANCHISE SYSTEMS, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND LACK OF VENUE**

Pursuant to Federal Rule of Evidence 201, Defendant ERA Franchise Systems, LLC ("ERA ") respectfully requests that the Court take judicial notice of the following facts, which can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned:

Grand Teton National Park is located within the State of Wyoming, *see* Declaration of Naomi Jane Gray in Support of ERA Franchise Systems, LLC's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue and Request for Judicial Notice Exhibit C.

        Respectfully submitted,

*/s/ Naomi Jane Gray*
Naomi Jane Gray
Shades of Gray Law, P.C.
100 Shoreline Highway, Suite 386B
Mill Valley, CA 94941
Tel: (415) 746-9260
Email: ngray@shadesofgray.law

Attorneys for Defendant
ERA Franchise Systems, LLC