UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DR. ELLIOTT MCGUCKEN, an individual,

        Plaintiff,

        v.

ERA FRANCHISE SYSTEMS, LLC, *et al.*,

        Defendant.

-----------------------------------------------------------------x

Civil Action No. 1:26-cv-00476

**[PROPOSED] ORDER GRANTING DEFENDANT ERA FRANCHISE SYSTEMS, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND LACK OF VENUE**

The Court has considered Defendant ERA Franchise Systems, LLC's Motion to Dismiss for Lack of Personal Jurisdiction and Lack of Venue and accompanying papers and oral argument. Good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed without leave to amend.

Dated: _____

IT IS SO ORDERED.

_____
Hon. Jennifer H. Rearden
United States District Judge