SHADES OF GRAY®

Naomi Jane Gray
Shades of Gray Law Group, P.C.

(415) 746-9260
ngray@shadesofgray.law

July 14, 2026

**BY ECF**

Hon. Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10601

Re: *McGucken v. ERA Franchise Systems, LLC, et al.*, No. 1:26-cv-00476

Your Honor:

Pursuant to Local Civil Rule 7.1(e), paragraphs 2.A and 2.E of the Court's Individual Rules and Practices in Civil Cases, and the Court's Minute Order dated July 8, 2026 (D.N. 24), the parties respectfully submits this joint letter motion to adjourn the initial pretrial conference pending resolution of Defendant ERA Franchise Systems, LLC's motion to dismiss for lack of personal jurisdiction and improper venue (D.N. 16).

No previous requests for adjournment or extensions of time have been requested in connection with the initial pretrial conference. The initial pretrial conference was originally scheduled to take place on July 10, 2026, and was rescheduled by the Court to July 24, 2026 (D.N. 24). The parties submit this request in the interest of efficiency since the conference will not be necessary if the Court grants the motion. There are no other appearances or deadlines that would be affected by this request.

Respectfully submitted,

*/s/ Naomi Jane Gray*
Naomi Jane Gray
Counsel for ERA Franchise Systems, LLC

*/s/ David Jenkins*
David Jenkins
Counsel for Dr. Elliot McGucken

Application GRANTED. The initial pretrial conference scheduled for July 24, 2026 at 10:00 a.m., see ECF No. 24, is hereby adjourned *sine die* pending resolution of Defendant's motion to dismiss, see ECF No. 16.

The Clerk of Court is directed to terminate ECF No. 25.

SO ORDERED.

Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: July 15, 2026